Jack BUTLER, Jr.,[1] Petitioner Below, Appellant,

v.

Jessica Lynn EVANS, Respondent Below, Appellee.

No. 658, 2015

Supreme Court of Delaware.

Submitted: April 15, 2016
Decided: June 14, 2016

Court Below—Family Court of State of Delaware in and for New Castle County, File No. CN14-04998, Pet. Nos. 15-10762, 15-10766

AFFIRMED.

---

Antoine M. BUSH, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 9, 2016

Supreme Court of Delaware.

Submitted: May 16, 2016
Decided: June 14, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1505024972

AFFIRMED.